# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Ruttle, et al., <br>     Plaintiffs, <br> v. <br> SunTrust Bank, et al., <br>     Defendants. | No. CV-16-00550-PHX-ROS <br><br> **ORDER** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 50),

**IT IS ORDERED** this action is dismissed with prejudice, the Parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Status Conference hearing set for March 31, 2017, at 10:00 AM is **VACATED**.

Dated this 2nd day of March, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge